UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-82-SPC-NPM

ANTHONY VINCENT ORGANO

### **PRELIMINARY ORDER OF FOREFEITURE**[1]

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 43). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in an **iPhone XR, serial no. DX3YG2VHKXKN, seized on or about June 14, 2023.** *See* 18 U.S.C. § 2253; Fed. R. Crim. P. 32.2(b)(2). In so moving, the Government has connected the iPhone XR, serial no. DX3YG2VHKXKN to the adjudicated offense. The Court thus finds the United States is entitled to possession of the iPhone XR, serial no. DX3YG2VHKXKN.

Accordingly, it is

**ORDERED**:

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

The United States' Motion for Preliminary Order of Forfeiture (Doc. 43) is **GRANTED**.

1. Defendant's interest in an iPhone XR, serial no. DX3YG2VHKXKN is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on October 25, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record