UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-82-SPC-NPM

ANTHONY VINCENT ORGANO

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 47).

The Government seeks to have forfeited **an iPhone XR, serial no. DX3YG2VHKXKN, seized on or about June 14, 2023**, which was subject to an October 25, 2023 preliminary order of forfeiture. (Doc. 44). Although the Government gave proper notice, no third parties have petitioned for the **iPhone XR, serial no. DX3YG2VHKXKN**, and the time to do so has expired. The Court thus finds all right, title, and interest in the **iPhone XR, serial no. DX3YG2VHKXKN** shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 47) is **GRANTED**.

1. Defendant's interest in the **iPhone XR, serial no. DX3YG2VHKXKN** is **CONDEMNED** and **FORFEITED** to the

United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on January 4, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record